**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| INGRAM D. JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-10-0170 |
| | § | |
| ERIC K. SHINSEKI, SECRETARY | § | |
| OF VETERANS AFFAIRS, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in this court's Memorandum and Opinion issued today, this case is dismissed.

SIGNED on June 7, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge